ACCEPTED
03-14-00529-CV
3888229
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 10:56:57 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00529-CV

| | | |
|---|---|---|
| **Jerome J. Isaac and** | § | **In the Court of Appeals** |
| **Michelle P. Isaac,** | § | |
| *Appellants* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Vendor Resource Management, Inc.,** | § | |
| **Mortgage Electronic Registration** | § | |
| **Systems, Inc., and Citimortgage, Inc.,** | § | |
| *Appellees* | § | **Third District of Texas** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 10:56:57 PM
JEFFREY D. KYLE
Clerk

### Appellants' Motion to Extend Time to File Brief

To the Honorable Court:

Appellants request that the Court extend time for filing of their brief under Rules of Appellate Procedure 10.5(b), 38.6(d) and all other applicable Rules, and in support of this motion show:

1. <u>Due Date of Brief</u>. Appellant's Brief is due for filing today, January 23, 2015, per the Court's last correspondence. Appellants seek hereby to have the due date of their brief extended to Monday, February 2, 2015.

2. <u>Extension of Time Sought</u>. Appellants have sought no previous extension of time to file their brief, and ask that the Court grant them an extension for filing of their brief until Monday, February 2, 2015, in order that it may be optimally prepared.

Plaintiffs anticipate actually filing the brief in advance of such latter date. Over the course of the months since the appeal was taken, Appellants' counsel has handled several cases involving applications for emergency relief, despite numerous days of absence from the office due to chronic illness and various family obligations including emergency hospitalization of his mother (for whose care he is solely responsible). Much of counsel's time since the filing of the components of the record, and particularly between November 30, 2014 and the present date, has been occupied with family obligations related to the death of his last uncle, and with care and transportation of counsel's wife, who sustained an accidental injury that precluded her driving herself to work, medical, rehabilitation or any other appointments well into January. All of the foregoing has depleted time that could have been devoted to preparation of the brief. Appellants therefore ask that they be granted this very short extension of time to file their brief.

3. <u>Prayer</u>. For these reasons, your Appellants request that the Court:

(A) grant an extension of the time to file Appellants' brief, through and until February 2, 2015; and

(B) grant Appellants such other and further relief to which they may be entitled or is in the interest of justice.

Respectfully submitted,

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
State Bar No. 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas 76182-0711
(817) 284-3535; (888) 511-5854
fax (888) 511-0946
michael@brinkleypllc.com
Attorney for Appellants

## Certificate of Conference

On January 23, 2015, I spoke by phone with Christopher Ferguson, attorney of record for Appellee Vendor Resource Management, Inc., anticipating at the time of the call that the extension sought might be only through today, and Mr. Ferguson indicated that he could not agree with the relief sought, but would take no position. Subsequently, I emailed Mr. Ferguson when it became clear that the brief could not be completed today, setting out the substance of the relief requested in the foregoing motion, and have not seen a reply from him. Also on January 23, 2015, I left a voicemail for John W. Ellis, the counsel who appeared in court for the remaining Appellees, and then exchanged emails with Mr. Ellis, who indicated that Appellees Mortgage Electronic Registration Systems, Inc. and Citimortgage, Inc. are not opposed to the relief requested.

Dated: January 23, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the following attorney of record, as required by Texas Rule of Appellate Procedure 9.5:

**B. David L. Foster**
**John W. Ellis**
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
voice 512.305.4700; fax 512.305.4800

**Christopher Ferguson**
LAW OFFICES OF JACK O'BOYLE
P.O. Box 815369
Dallas, Texas 75381
voice 972.247.0653, fax 972.247.0642.

Dated: January 23, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**